KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
  dkinsella@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff
UMG RECORDINGS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AGUILA RECORDS, INC., an Illinois corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | CASE NO. CV10-00252 JST (Ex)<br><br>**JUDGMENT** |

10374.00004/56931.2

PROPOSED JUDGMENT

## JUDGMENT

The Court having granted in its entirety Plaintiff's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Court enters Judgment in favor of Plaintiff UMG Recordings, Inc. ("Plaintiff"), and against Defendant Aguila Records, Inc. ("Defendant"), on the Complaint in its entirety.

2. Plaintiff shall recover $917,699.30 from Defendant, exclusive of fees and costs, plus prejudgment interest in the amount of $108,866.79, for a total recovery of $1,026,566.09.

3. Plaintiff shall be entitled to make an application for recovery of attorneys' fees and costs, and this Judgment will be amended upon the award to Plaintiff, if any, of fees and/or costs.

DATED: __February 14, 2011____

*[signature]*

UNITED STATES DISTRICT JUDGE

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850